KATTEN MUCHIN ROSENMAN LLP
Philip A. Nemecek (PN-3319)
575 Madison Avenue
New York, New York 10022
(212) 940-8800

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CV 10457**

----------------------------------------------------

BAX GLOBAL, INC. and BAX GLOBAL, S.A.,

                       Plaintiffs,

        -against-

OCEAN WORLD LINES, INC.,

                     Defendant.

----------------------------------------------- x

**PLAINTIFFS' RULE 7.1
CORPORATE DISCLOSURE
STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for plaintiffs BAX Global, Inc. and BAX Global, S.A., non-governmental corporate parties, certifies that the following are corporate parents, or publicly held corporations that own 10% or more of their respective stock:

      Bax Global, Inc.:     Deutsche Bahn AG

      Bax Global, S.A.:     Bax Global, Inc.

Dated: New York, New York
       November 19, 2007

                            KATTEN MUCHIN ROSENMAN LLP

                            By:_____
                              Philip A. Nemecek (PN-3319)

                          *Attorneys for Plaintiffs*
                          575 Madison Avenue
                          New York, New York 10022
                          (212) 940-8800

84257211_1