KATTEN MUCHIN ROSENMAN LLP
Philip A. Nemecek (PN-3319)
575 Madison Avenue
New York, New York 10022
(212) 940-8800

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————— x
                                                          :
                                                          :    **VIA ECF**
BAX GLOBAL, INC. and BAX GLOBAL, S.A.,    :
                                                          :    Case No.: 07 cv 10457
                      vs.                                 :
                                                          :
OCEAN WORLD LINES, INC.                    :
                                                          :    **AFFIDAVIT OF SERVICE**
                                                          :
———————————————————— x

STATE OF NEW YORK    )
                                    :    ss.:
COUNTY OF NEW YORK  )

STEVEN GREER, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and am employed by the firm of Katten Muchin Rosenman LLP.

2. On the 14th day of March, 2008, at approximately 12:25 p.m. at the offices of RF International, Ltd. Ocean World Lines, 1981 Marcus Avenue, Suite E-100, Lake Success, New York 11042, I served the **SUMMONS IN A CIVIL ACTION; COMPLAINT; NOTICE OF ASSIGNMENT; INDIVIDUAL PRACTICES OF HON. NAOMI REICE BUCHWALD; INDIVIDUAL PRACTICES OF MAG. THEODORE H. KATZ; GUIDELINES FOR ELECTRONIC CASE FILING; THIRD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL;** and

31098647.01
NYC01_84282644_1 3/17/2008

**PROCEDURES FOR ELECTRONIC CASE FILING** in this action, upon OCEAN WORLD LINES, INC., defendant herein, by delivering to and leaving true copies thereof with ANGEL ESPINOZA, personally, Controller, International Division therein, who represented to me that he was authorized to accept said service on behalf of said OCEAN WORLD LINES, INC.

       3.       I describe said ANGEL ESPINOZA as follows: an hispanic male, approximately 40-45 years of age, about 5' 7" in height, weighing approximately 195 lbs. with brown eyes, black hair and wearing glasses.

_____
STEVEN GREER

Sworn to before me this
18th day of March, 2007

_____
Notary Public

IME A. NELSON
NOTARY PUBLIC, State of New York
No. 01NE6105568
Qualified in Kings County
Commission Expires February 9, 2012

31098647.01
NYC01_84282644_1 3/17/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BAX GLOBAL, INC. and BAX GLOBAL, S.A.,

      V.

OCEAN WORLD LINES, INC.

**AFFIDAVIT OF SERVICE**
CASE NUMBER: 07 CV 10457

---

COUNTY OF ALBANY SS:
STATE OF NEW YORK

Denise L. Dooley being duly sworn says: Deponent is over the age of eighteen years and is a resident of New York State, that: Deponent served the following specific papers in the above entitled action:

**Summons in a Civil Action; Complaint; Notice of Assignment; Individual Practices of Hon. Naomi Reice Buchwald; Individual Practices of Mag. Theodore H. Katz; Guidelines for Electronic Case Filing; Third Amended Instructions for Filing an Electronic Case or Appeal; and Procedures for Electronic Case Filing,** pursuant to Section 306 of the Business Corporation Law.

The corporation which was served was: **OCEAN WORLD LINES, INC.**

On the 14th day of March 2008 at approx. 1:30 p.m., at the office of Department of State of New York, in the City of Albany, two (2) copies of the aforesaid papers were served by personally delivering to and leaving with Donna Christie known to me to be in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid to the Secretary of State the fee prescribed by Law in the amount of $40.00.

Description of Donna Christie - Authorized Person
White female, approx. 37 yrs., 5'3", 140 lbs., blonde hair

                                                  Denise L. Dooley

Sworn to before me
this 14th day of March 2008.

FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2010

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| SOUTHERN | District of | NEW YORK |
|---|---|---|

BAX GLOBAL, INC. and BAX GLOBAL, S.A.,

V.

OCEAN WORLD LINES, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CV 10457**

TO: (Name and address of Defendant)

Ocean World Lines, Inc.
1981 Marcus Avenue, Suite E100
Lake Success, New York 11042
(516) 616-2400

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Philip A. Nemecek, Esq.
Katten Muchin Rosneman LLP
575 Madison Avenue
New York, New York 10022
(212) 940-8800

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE   NOV 1 9 2007