UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BAX GLOBAL, INC. and BAX GLOBAL, S.A.,

          Plaintiffs,

  - against -

OCEAN WORLD LINES, INC.

          Defendant.
---------------------------------------------------------------X

Civil Action No. 07 cv 10457 (NRB)

STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties set forth below, that the time for defendant Ocean World Lines, Inc. to answer, move or otherwise respond to the complaint, is extended to and including April 23, 2008.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in one or more counterparts, and by the different parties hereto in separate counterparts, each of which when executed shall be deemed to be an original but all of which taken together shall constitute one and the same Stipulation.

IT IS FURTHER STIPULATED AND AGREED that facsimile or electronic representations of signatures are deemed to be originals for the purposes of this Stipulation.

IT IS FURTHER STIPULATED AND AGREED that by executing this stipulation Ocean World Lines, Inc. does not, explicitly or implicitly, waive any procedural or equitable defenses to the above-captioned case.

Dated: New York, New York
      April ___, 2008

KATTEN MUCHIN ROSENMAN LLP

By: _____
Philip A. Nemecek
Attorneys for Plaintiff

Dated: New York, New York
      April ___, 2008

TROUTMAN SANDERS LLP

By: _____
Leonard L. Fleisig
Christina Heather Bost Seaton

575 Madison Avenue
New York, New York 10022-2585
Phone: (212) 940-8834
Direct Fax: (212) 894-5834

Attorneys for Defendant
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel: (212) 704-6000
Fax: (212) 704-5913

SO ORDERED:

_____
U.S.D.J.
4/4/08