8800/SHV
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR
61 BROADWAY, SUITE 3000
NEW YORK, NEW YORK 10006
212-344-7042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAX GLOBAL, INC. and BAX GLOBAL, S.A. | 07 cv 10457 (NRB) |
| Plaintiffs, | ECF |
| v. | |
| OCEAN WORLD LINES, INC. | **OCEAN WORLD LINES** |
| | **RULE 7.1 STATEMENT** |
| Defendant | |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned, counsel for Ocean World Lines certifies that its corporate parent is Pacer International which is a publicly traded company on NASDAQ.

Dated:  April 23, 2008
       New York, New York

                                  Respectfully submitted,

                                  CICHANOWICZ, CALLAN, KEANE,
                                  VENGROW & TEXTOR, LLP
                                  *Attorneys for Ocean World Lines*

                                  By:  S/  Stephen Vengrow
                                      61 Broadway, Suite 3000
                                      New York, NY 10006
                                      Telephone: (212) 344-7042
                                      Telefax: (212) 344-7285