UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
BAX GLOBAL, INC. and BAX GLOBAL, S.A.,

                    Plaintiffs,

          - against -

OCEAN WORLD LINES, INC.,

                    Defendant.
-------------------------------X

**O R D E R**

07 Civ. 10457 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

     It having been reported to this Court that this case has
been settled, it is

     **ORDERED** that the above-captioned action be, and hereby is,
dismissed without costs and without prejudice to restoring the
action to this Court's calendar if the application to restore the
action is made within 30 days.


DATED:     New York, New York
           August 28, 2008



                              _____
                              NAOMI REICE BUCHWALD
                              UNITED STATES DISTRICT JUDGE