```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
BAX GLOBAL, INC. and BAX GLOBAL, S.A.,

               Plaintiffs,

     - against -

OCEAN WORLD LINES, INC.,

               Defendant.
--------------------------------X

**O R D E R**

07 Civ. 10457 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    It having been reported to this Court that this case has been settled, it is

    **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five (45) days.

DATED:    New York, New York
           October 28, 2009

                              NAOMI REICE BUCHWALD
                          UNITED STATES DISTRICT JUDGE